Division held that the reference to section 229 was clearly error which might be disregarded and that service made pursuant to the requirements of section 228 in the case of a domestic corporation within this state was sufficient.

The following question was certified: "Was valid service of the summons herein made upon the appellant?"

*G. H. Brevillier* for appellant.

*George H. D. Foster* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

ANNA M. CONKLIN, Plaintiff, *v.* HORACE E. CONKLIN, Respondent.

In the Matter of the Application of HINMAN, HOWARD & KATTELL, Attorneys, Appellants.

*Attorney and client — action by wife for divorce — attorneys discharged by return of wife to husband before judgment — no lien for services.*

Conklin v. *Conklin*, 201 App. Div. 170, affirmed.

(Argued October 3, 1922; decided October 19, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 18, 1922, which reversed an order of Special Term determining that appellants herein had a lien for services and disbursements as attorneys for plaintiff in her action for absolute divorce and appointing a referee to determine the amount thereof and dismissed the proceeding. Before the action had proceeded to judgment the plaintiff voluntarily returned to her husband, the defendant, and both parties have since been living together as husband and wife. The Appellate Division held that the appellants were discharged by the act of their client and the performance of future services in this action was rendered impossible by the settlement. Therefore, an allowance of counsel fees could never be made; that nothing exists

to which an attorney's lien may attach, and that the appellants are in this action wholly remediless.

*Harvey D. Hinman* for appellants.

*F. J. Mangan* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

UNITED STATES TRUST COMPANY OF NEW YORK et al., as Trustees under the Will of HERMAN WRONKOW, Deceased, Appellants and Respondents, *v.* JAMES G. BLAKE, Respondent and Appellant, and MARGARET LUEZ, Respondent.

*Appeal — motion to dismiss appeal unanimously affirming judgment as to one defendant but reversing as to other denied.*

Reported below, 196 App. Div. 289.

(Submitted October 9, 1922; decided October 17, 1922.)

MOTION to dismiss an appeal from a judgment entered May 10, 1921, upon an order of the Appellate Division of the Supreme Court in the first judicial department, unanimously overruling plaintiffs' exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing a dismissal of the complaint as to the defendant, respondent, herein but sustaining the exceptions as to the second cause of action against her codefendant. The defendant, respondent, moved to dismiss the appeal as to her upon the ground that the unanimous affirmance by the Appellate Division as to her was final and that no appeal lay to the Court of Appeals.

*Bertram L. Kraus* for motion.

*George L. Shearer* and *M'Cready Sykes* opposed.

Motion denied, with ten dollars costs.